JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. HALL,<br>   Petitioner,<br>  v.<br>MATTHEW CATE, Warden,<br>   Respondent. | Case No. CV 12-4770-JGB (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: July 16, 2014

              HONORABLE JESUS G. BERNAL
              UNITED STATES DISTRICT JUDGE